UNITED STATES of America,
Plaintiff–Appellee,

v.

Victor Manuel HERNANDEZ,
Defendant–Appellant.

No. 12–10364.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2013.*

Filed May 20, 2013.

Jesse Joseph Figueroa, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Douglas Tyler Francis, Esquire, Ellinwood Francis & Plowman, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

MEMORANDUM ***

Victor Manuel Hernandez appeals from the district court's judgment and challenges the 46–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Hernandez contends that the district court erred when it used his prior conviction both as a basis for a 16–level enhancement and in calculating his criminal history category. As Hernandez concedes, this contention is foreclosed by *United States v. Garcia–Cardenas*, 555 F.3d 1049, 1050 (9th Cir.2009) (per curiam).

Hernandez also contends that the district court erred in applying a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(a)(ii), because it wrongly characterized his prior robbery conviction under California Penal Code § 211 as a "crime of violence." The district court did not err. *See United States v. Becerril–Lopez*, 541 F.3d 881, 893 & n. 10 (9th Cir.2008) (holding that a conviction under § 211 is categorically a "crime of violence" under the Guidelines).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.